IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| JAMES V. ROMINE | § | |
| | § | |
| V. | § | NO 1:05-CV-637 |
| | § | |
| LINDA S. McMAHON,[1] | § | |
| **Acting Commissioner of** | § | |
| **Social Security Administration** | § | |

ORDER ADOPTING REPORT AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE

The Court heretofore ordered that this matter be referred to the Honorable Earl S. Hines, United States Magistrate Judge, for consideration pursuant to applicable law and orders of this Court. Pursuant to such order, the Court has received and considered the Report of the United States Magistrate Judge Re Application for Attorney's Fees, along with plaintiff's brief and exhibits. Since the plaintiff's application was unopposed, no objections to the Report of the United States Magistrate Judge will be filed.

The court concludes that the findings of fact and conclusions of law of the United States Magistrate Judge are correct and the Report of the United States Magistrate Judge is **ADOPTED**. An order granting application for attorney's fees will be entered separately.

So **ORDERED** and **SIGNED** this **3** day of **February, 2007.**

Ron Clark, United States District Judge

---

[1] Linda S. McMahon was designated Acting Commissioner on January 22, 2007.  She succeeds Jo Anne Barnhart, who was appointed acting Commissioner effective July 17, 2001.  "[A]ny action instituted in accordance with this subsection shall survive notwithstanding any change in the person occupying the office of Commissioner of Social Security or any vacancy in such office." 42 U.S.C § 405(g).